IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES M. BADGER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CORTLAND, <br><br> Defendant. | Case No. 5:23-cv-844 (GTS/MJK) |

## NOTICE OF JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and attached declarations and exhibits, Plaintiffs and Defendant jointly move this Court for an Order approving the Parties' FLSA Settlement Agreement. Specifically, the Parties jointly request that this Court enter the Order attached to the Memorandum of Law as Exhibit 2 and: (1) grant approval of the Settlement reached by the Parties, embodied in their Settlement Agreement, as fair, reasonable and adequate; (2) approve an award of attorneys' fees and expenses in the amount of $50,000.00, as set forth in the Settlement Agreement; (3) enter judgment dismissing this action with prejudice in accordance with the Settlement Agreement; and (4) retain jurisdiction over the interpretation and implementation of the Settlement Agreement, as well as any and all matters arising out of, or related to, the interpretation or implementation of the Settlement Agreement

November 25, 2024

Respectfully submitted,

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary
Sarah M. Block
Rachel Lerner
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005

Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

Steve Isaacs
ISAACS DEVASIA CASTRO & WIEN LLP
80 Broad Street, 5th Floor
New York, NY 10004
Phone: (917) 551-1300
sisaacs@idcwlaw.com

*Counsel for Plaintiffs*

*/s/ David H. Walsh*
David H. Walsh
Daniel K. Cartwright
KENNEY SHELTON LIPTAK NOWAK LLP
4615 North Street
Jamesville, NY 13078
Phone: (315) 492-3000
dhwalsh@kslnlaw.com
dcartwright@kslnlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that, on November 25, 2024 the foregoing document was filed with the Court through the Court's CM/ECF filing system, which will serve copies all Counsel of Record who have entered appearances in this matter including:

David H. Walsh
Daniel K. Cartwright
Kenney Shelton Liptak Nowak LLP
4615 North Street
Jamesville, NY 13078
dhwalsh@kslnlaw.com
dcartwright@kslnlaw.com

*Counsel for Defendant*

                                          */s/ Gregory K. McGillivary*
                                          Gregory K. McGillivary